UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-CR-83-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RONALD JEROME LILLY, | ) | |
| Defendant. | ) | |

The Clerk has brought to the court's attention that a final order was not entered in this case concerning the matter of restitution as anticipated by the Judgment [DE-30], and evidenced by subsequent filings herein, see [DE-34 & -35]. Therefore,

IT IS ORDERED that RONALD JEROME LILLY make restitution to the City of Fayetteville, Risk Management Division, 433 Hay Street, Fayetteville, North Carolina 28401-5537, Attention: Restitution for Darrell Bowden (March 12, 1999), in the amount of **$2,937.70**. The defendant shall be held jointly and severally liable for this sum along with his co-defendant, Eric Lamonte Harrell, No. 5:99-CR-83-01-F2.

The Clerk of Court is DIRECTED to supplement the Judgment [DE-30] accordingly, and to so notify all persons and entities entitled to such notice.

SO ORDERED.

This, the 7th day of January, 2011, *nunc pro tunc* for June 14, 2000.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge