UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:99-CR-83-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD JEROME LILLY, | ) | |
| Defendant. | ) | |

The United States Attorney is DIRECTED to file a response to the defendant's Memorandum in Support of Motion for Reduction of Sentence under 18 U.S.C. § 3S82(C)(2) [DE-63] on or before **February 7, 2012.** In doing so, the United States Attorney is DIRECTED *specifically* to address the defendants' individualized arguments, and to state and explain its position whether the court should (i) apply the Fair Sentencing Act of 2010 ("FSA") to the instant motion, (ii) find that "Mr. Lilly's mandatory minimum sentence for [Count One is] zero (0)," and then (iii) reduce his sentence to 46 months. *See id.* at pp.1; 3 n.1; 7.

The Clerk of Court is DIRECTED to re-submit this matter after February 7, 2012, or when the Government files its response, whichever first occurs. [1]

SO ORDERED.

This the 18th day of January, 2012.

James C. Fox
JAMES C. FOX
Senior United States District Judge

---

[1] An identical order was filed on December 27, 2011, stating an earlier deadline. The court just has been informed, however, that a glitch in the docketing of that order resulted in its not being distributed to the parties. This order supersedes the document appearing at [DE-64].